UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LETITIA JACKSON,

      Plaintiff(s),                                 Case No.  09-14930

v.                                               HONORABLE AVERN COHN
                                                   UNITED STATES DISTRICT JUDGE

CHECK RESOLUTION SERVICES,

      Defendant(s).
_____/

## ORDER OF DISMISSAL

Upon review of the above mentioned case filed on December 21, 2009 and no response being filed to the Order to Show Cause entered on July 13, 2010;

**IT IS ORDERED** that the above-entitled action be, and the same hereby is, **DISMISSED** according to Local Rule 41.2 for lack of prosecution.


Dated:  August 10, 2010            s/Avern Cohn
                                            AVERN COHN
                                            UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to Letitia Jackson, 41102 N. Woodbury Dr. Belleville, MI 48111 on this date, August 10, 2010, by electronic and/or ordinary mail.

                                                      s/Michael Williams
                                                      Case Manager
                                                      (313) 234-5160